# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**Abdel Fattah Mohamed,**

      **Plaintiff,**

   vs.                                **CASE NUMBER: 108cv895**

**U.S. Postal Department**,

      **Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED, the defendant, U.S. Postal Service's motion to dismiss for judgment on the pleadings pursuant to Federal Rules of Civil Procedure 12(c) is granted.

    All of the above pursuant to the order of the Honorable Judge McCurn, dated the 22 day of July, 2009.

DATED: July 22, 2009

*Lawrence K. Baerman*
Clerk of Court

                                   s/

Marie N. Marra
Deputy Clerk